| | |
|---|---|
| 1 | **THERESA A. GOLDNER, COUNTY COUNSEL** |
|   | **COUNTY OF KERN, STATE OF CALIFORNIA** |
| 2 | By  Jennifer E. Zahry, Deputy (SBN 207836) |
|   | Kern County Administrative Center |
| 3 | 1115 Truxtun Avenue, Fourth Floor |
|   | Bakersfield, California  93301 |
| 4 | Telephone: 661-868-3800 |
|   | Facsimile: 661-868-3805 |

Attorney for Defendant,
County of Kern

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD HARB aka MOHAMED HARB, an individual by and through his conservator Fatema Zagloul; and FATEMA ZAGLOUL aka FATEMA HARB, an individual and as Conservator for Mohamed Harb, | **CASE NO. 1:10-cv-1385-LJO-DLB** |
| Plaintiffs, | STIPULATION RE DISMISSAL AS TO DEFENDANT COUNTY OF KERN/KERN MEDICAL CENTER; ORDER |
| v. | |
| CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; CLAUDIA PAYNE, a Bakersfield Police Officer; HALL AMBULANCE SERVICE, INC.; a California corporation; BRIAN DUMONT, an individual; DARCY SMITH, an individual; LORI THOMAS, an individual; COUNTY OF KERN; KERN MEDICAL CENTER; LUBNA JAVED SYED, M.D., an individual;  and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

Stipulation for Dismissal; [Proposed] Order

1

The Plaintiffs herein, Mohamad Harb aka Mohamed Harb, an individual by and through his conservator Fatema Zagloul, and Fatema Zagloul aka Fatema Harb, an individual and as Conservator for Mohamed Harb, and the Defendant County of Kern (erroneously also sued in the name of its entity Kern Medical Center), by and through their respective counsel, hereby stipulate as follows:

WHEREAS the parties have agreed to settle the matter without additional litigation;

And WHEREAS the plaintiffs and the defendant County of Kern/Kern Medical Center have agreed to bear their own costs and attorney's fees;

The parties do hereby STIPULATE AND AGREE that the action as to the Defendant County of Kern/Kern Medical Center is dismissed with prejudice.

The parties agree that this stipulation may be signed in counterpart.

Dated: September 27, 2010          LAW OFFICES OF STEVEN G. GIBBS

By: /s/ Steven G. Gibbs
Steven G. Gibbs, Esq.
Attorney for Plaintiffs, Mohamad Harb and
Fatema Zagloul aka Fatema Harb

Dated: September 30, 2010          THERESA A. GOLDNER, COUNTY COUNSEL

By: /s/ Jennifer Esquivel Zahry
Jennifer Esquivel Zahry, Deputy
Counsel for Defendant
County of Kern

### ORDER

Having considered the stipulation requesting dismissal of the matter signed by counsel for the parties, and good cause appearing, the Court HEREBY ORDERS, ADJUDGES AND DECREES as follows:

Stipulation for Dismissal; [Proposed] Order

1. The Second Amended Complaint of the plaintiffs as to defendant County of Kern/Kern Medical Center is dismissed in its entirety with prejudice.

2. The plaintiffs and defendant County of Kern/Kern Medical Center will bear their own costs and attorneys fees.

The Clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated:   September 30, 2010              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal; [Proposed] Order