Steven G. Gibbs, Esq. - SBN 128756
**LAW OFFICES OF STEVEN G. GIBBS**
2204 Truxtun Avenue
Bakersfield, California 93301
Telephone: (661) 633-1144
Facsimile: (661) 633-1640

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA/FRESNO DIVISION

| | |
|---|---|
| MOHAMAD HARB aka MOHAMED HARB, an individual by and through his conservator Fatema Zagloul; and FATEMA ZAGLOUL aka FATEMA HARB, an individual and as Conservator for Mohamed Harb,<br><br>Plaintiffs,<br><br>-vs-<br><br>CITY OF BAKERSFIELD; BAKERSFIELD POLICE DEPARTMENT; CLAUDIA PAYNE, a Bakersfield Police Officer; HALL AMBULANCE SERVICE, INC., a California corporation; BRIAN DUMONT, an individual; DARCY SMITH, an individual; LORI THOMAS, an individual; COUNTY OF KERN; KERN MEDICAL CENTER; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____<br>AND ALL CROSS-RELATED ACTIONS.<br>_____ | NO.  1:10-CV-01385-LJO-DLB<br><br>**STIPULATION WITH ORDER THEREON** |

COME NOW, the parties in this matter hereby submit this Stipulation pursuant to the Court's direction at the Joint Scheduling Conference held on December 1, 2010, before Magistrate Judge Dennis L. Beck.  Pursuant to said discussion at that time, it is hereby stipulated by and between the

1

1  respective parties in this case by and through their counsel
2  of record that the court shall require the submission of
3  Plaintiffs' operative pleading and initial complaint in this
4  matter on or before twenty (20) days from the date of the
5  signature of this Order.  Defendants thereafter shall have
6  thirty (30) days to submit their responsive pleadings.

                                    LAW OFFICES OF STEVEN G. GIBBS

DATED: December 16, 2010.           BY: */s/Steven G. Gibbs*
                                        STEVEN G. GIBBS,
                                        Attorneys for Plaintiffs

                                    MARDEROSIAN, RUNYON, CERCONE,
                                     LEHMAN & ARMO

DATED: December 16, 2010.           BY: */s/ Michael E. Lehman*
                                        Michael E. Lehman, Esq.,
                                        Attorneys for CITY OF
                                        BAKERSFIELD; BAKERSFIELD
                                        POLICE DEPARTMENT, CLAUDIA
                                        PAYNE, JOSEPH MITCHELL
                                        GALLAND, JOSEPH ARMS, BLAINE
                                        SMITH, DAVID COX, MARK O.
                                        COHEN, NICK POULOS and TED
                                        STURGEON

                                    BORTON PETRINI LLC

DATED: December 16, 2010.           BY: */s/ James J. Braze*
                                        James J. Braze, Esq.,
                                        Attorneys for HALL AMBULANCE
                                        SERVICE INC., BRIAN DUMONT,
                                        DARCY SMITH and LORI THOMAS

**O R D E R**

IT IS SO ORDERED.

Dated:  **December 22, 2010**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE